# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

2024 MAR 11 AM 9:49
US DISTRICT COURT
EASTERN DIST. TENN.

Dr. Kelly Brooke Martin
_____
Plaintiff(s)

v.

The University of Tennessee
201 Andy Holt Tower
Knoxville, TN 37996
_____
Defendant(s)

Civil Action No. 3:24-CV-75

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The University of Tennessee
201 Andy Holt Tower
Knoxville, TN 37996

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Kelly Brooke Martin
803 W. 1st Avenue
Lenoir City, TN 37771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 20, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The University of Tennessee**
was received by me on *(date)* **2/27/24**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified mail with signature**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **2/27/24**

_____
*Server's signature*

**Dr. Kelly Brooke Mann**
*Printed name and title*

**803 W. 1st Avenue Lenoir City, TN 37771**
*Server's address*

Additional information regarding attempted service, etc:

USPS Certified Mail Return Receipt (PS Form 3811)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The University of Tennessee
201 Andy Holt Tower
Knoxville, TN 37916

9590 9402 8306 3094 9299 93

2. Article Number (Transfer from service label)
0222 1670 0003 4355 7026

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X M Shaffer
☐ Agent
☐ Addressee

B. Received by (Printed Name): M Shaffer
C. Date of Delivery: 2-27

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt