IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Kelly Brooke Martin, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>University of Tennessee, )<br>)<br>Defendant. ) | Civil Action<br>Case No. 3:24-cv-00075-KAC-JEM |

## DEFENDANT'S AMENDED NOTICE TO TAKE ZOOM *DUCES TECUM* DEPOSITION OF GARY M. NAMIE, PHD

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the attorney for Defendant the University of Tennessee will take the discovery deposition of Dr. Gary M. Namie on **Wednesday, January 22, 2025**, at 1:00 p.m. EST via Zoom video-conference with all parties participating remotely.

Testimony will be taken before an officer authorized to administer oaths under the laws of the State of Tennessee. The deposition will be taken before a court reporter and will be recorded by stenographic means. The deposition will also be recorded electronically using the recording facility on the Zoom software. The Zoom link will be provided the day prior to the deposition. Said oral examination will continue from day to day until completed. You are hereby notified to appear and take such part in the examination as you may be advised and shall be fit and proper.

The deponent is instructed to bring with him to the Zoom deposition the following documents and things:

~~1. A complete copy of his entire file on this matter.~~

Respectfully submitted this 10th day of December, 2024.

                                                            _____
                                                            T. Harold Pinkley (BPR # 009830)
                                                            Associate General Counsel
                                                            The University of Tennessee
                                                            Office of the General Counsel
                                                            505 Summer Place – UT Tower #1109
                                                            Knoxville, TN  37902
                                                            (865) 974-3416
                                                            harold.pinkley@tennessee.edu

                                                            *Attorney for Defendant, University of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to any counsel of record and by mailing a copy via U.S.P.S. and electronic mail to the following:

                        Dr. Kelly Brooke Martin
                        803 W. 1st Avenue
                        Lenoir City TN 37771
                        (865) 898-4965
                        kmarti16utk@gmail.com

                        Gary M. Namie, PhD
                        P.O. Box 578
                        Clarkston, Washington 99403
                        (306) 656-6630
                        gary@garynamie.com

Respectfully submitted this 10th day of December, 2024.

                                                            _____
                                                            T. Harold Pinkley (BPR # 009830)

2