UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KELLY BROOKE MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF TENNESSEE, ) <br> ) <br> Defendant. ) <br> ) | No.: 3:24-CV-75-KAC-JEM |

## PLAINTIFF'S NOTICE OF DISAGREEMENT REGARDING PROPOSED PRETRIAL ORDER

Plaintiff Kelly Brooke Martin, proceeding pro se, respectfully notifies the Court pursuant to Section 6(b) of the Scheduling Order, that the parties have made a good faith effort to agree upon a proposed final pretrial order but were unable to reach agreement. Despite exchanging drafts and engaging in discussion consistent with the requirements outlined in the Scheduling Order, the parties remain at an impasse concerning the contents of the proposed final pretrial order. Accordingly, the Plaintiff will submit her version of the proposed final pretrial order either by the deadline of April 29, 2025, or contemporaneously with this notice, should the Court wish to consider it in entering a final pretrial order pursuant to Section 6(b).

Respectfully submitted,

Dr. Kelly Brooke Martin
Plaintiff, Pro Se
April 3rd 2025

# CERTIFICATE OF SERVICE

I hereby certify that on ____April 3rd____, 2025, I provided and a true and correct copy of the foregoing response via electronic mail to:

1. Harold.Pinkley@tennessee.edu
2. Dgarner2@utk.edu

On this __3rd__ day of __April__, 2025.

_____
Dr. Kelly Brooke Martin, Plaintiff, pro se

803 W 1st Avenue

Lenoir City, TN 37917-2717

Kmarti16utk@gmail.com

865.898.4965