UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DR. KELLY BROOKE MARTIN,           )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          3:24-CV-75-KAC-JEM
                                   )
UNIVERSITY OF TENNESSEE,           )
                                   )
            Defendant.             )
                                   )

**<u>ORDER</u>**

On April 7, Defendant filed "Pretrial Disclosures" [Doc. 57] that do not comply with Federal Rule of Civil Procedure 5.2. To protect personal identifiable information contained in these disclosures, the Court orders the Clerk's Office to seal the Pretrial Disclosures and exhibits. *See* E.D. Tenn. L.R. 26.2. By April 11, Defendant shall file Pretrial Disclosures that comply with Federal Rule of Civil Procedure 5.2. Failure to timely comply with this Order will result in appropriate sanctions.

        SO ORDERED.

                                        _____
                                        KATHERINE A. CRYTZER
                                        United States District Judge