# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| Kelly Brooke Martin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action |
| | ) | Case No. 3:24-cv-00075-KAC-JEM |
| University of Tennessee, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Scheduling Order entered in this matter, Plaintiff Kelly Brooke Martin hereby submits the following pretrial disclosures:

### I.      Final Witness List

1. Dr. Kelly Martin, Plaintiff
2. Dr. Gary Namie
3. Dr. Lori Messinger, UTCSW
4. Dr. Javonda Williams Moss, UTCSW
5. Dr. Camille Hall
6. Dr. Robert Mindrup, UTCSW
7. Ann Ryan, UTCSW
8. Tiffany Harmon, UTCSW
9. Ashley Hiatt, UTCSW
10. Tony Murchison, UTCSW
11. Julie Roe, University of Tennessee
12. Jon Chandler, University of Tennessee
13. Dr. Stan Bowie, UTCSW
14. Dr. Patricia Bamwine, UTCSW
15. Jill Malolepszy, University of Tennessee
16. Dr. Katrice Morgan, University of Tennessee

17. Rachel Dey, University of Tennessee
18. Dr. Anne Conway, UTCSW
19. Kim Denton, UTCSW
20. Dr. Andrea Joseph McCatty, UTCSW
21. Dr. Robert Mindrup, UTCSW
22. Natalie Crippen, UTCSW

## II.    Deposition Designations

1.  Full deposition of Dr. Kelly Martin (October 22, 2024 and January 22, 2025)
2.  Full deposition of Dr. Gary Namie (January 22, 2025)
3.  Full deposition of Dr. Camille Hall (February 28, 2025)

## III.    Exhibit List

1.  Social Security Administration Notice of Disability Decision – Fully Favorable
2.  Medical Records confirming Plaintiff Diagnosis
3.  Plaintiff's responses to the Defendant's interrogatories, detailing the names of individuals aware of denied accommodation requests; specific acts of harassment, including derogatory comments and exclusionary behavior; retaliatory actions, including intimidation and workplace ostracization; failure to address the Plaintiff's complaints properly or engage in the interactive process
4.  Records confirming accommodation requests
5.  Email communications (various dates)
6.  Letter from the University's Human Resources Department (January 11, 2022), confirming receipt of Plaintiff's harassment and discrimination complaint
7.  Plaintiff's administrative leave notices (March 14, 2022, and September 5, 2022), indicating retaliatory actions
8.  Termination letter (September 26, 2022), demonstrating pretextual reasons for dismissal
9.  EEOC Charge of Discrimination (May 17, 2023) and EEOC Notice of Right to Sue (November 29, 2023)
10. EEOC Charge Files
11. Dr. Camille Hall Deposition

12. Dr. Gary Naime Deposition

13. Dr. Kelly Martin Deposition

14. Video Recordings of meetings with Messinger, Williams-Moss, Human Resources, and the Office of Equity and Diversity (various dates)

15. Text Messages

16. Committee for Equity and Inclusion Meeting Notes

17. Student Course Evaluations

18. University of Tennessee Faculty Handbook

19. OIR Investigation Report

20. University of Tennessee EEOC Position Statement

21. University of Tennessee Harassment Policy

22. University of Tennessee Equal Opportunity Policy

23. "What's it like to be a Little Person?" Publicly Disseminated UTCSW Facebook Live Event about Plaintiff's Genetic Condition

24. UTCSW publicly disseminated advertisements for "What's it like to be a Little Person"

25. Plaintiff HR File

26. Plaintiff Annual Performance Reviews

27. Dr. Lori Messinger Meeting Notes for March 14, 2022 (created March 15, 2022)

28. OED Meeting Notes

29. University of Tennessee Bullying Policy

30. University of Tennessee Code of Conduct Policy

31. UTCSW Salary Data

32. Plaintiff CSWE recognition as scholar in global and intercultural competence (March 2022)

## IV.    Damages

| Category | Amount |
| --- | --- |
| Compensatory & Punitive Damages (3 violations × $300,000 each) | $900,000 |
| Professoriate Back Pay | $105,000 |

| Category | Amount |
|---|---|
| Professoriate Front Pay | $150,000 |
| Director Back Pay | $122,500 |
| Director Front Pay | $175,000 |
| Liquidated Damages (Emotional Distress, Career Loss, etc.) | $3,000,000 |
| Total Economic & Liquidated Damages | $4,452,500 |
| Equitable & Injunctive Relief | (Non-monetary) |
| Associated Fees & Costs | (To be determined) |

**The Plaintiff also seeks:**

Reinstatement of all employment and retirement benefits.

Removal of adverse personnel records.

Restoration of the Plaintiff's name and professional reputation.

A formal written apology from the Defendant.

Respectfully submitted this 7th day of April, 2025.

_____

Dr. Kelly Brooke Martin, Plaintiff, pro se

# CERTIFICATE OF SERVICE

I hereby certify that on April 7th, 2025, I provided a true and correct copy of the foregoing response via electronic mail to:

1.    Harold.Pinkley@tennessee.edu

2.    Dgarner2@utk.edu

On this 7th day of April, 2025.

Dr. Kelly Brooke Martin, Plaintiff, pro se

803 W 1st Avenue

Lenoir City, TN 37917-2717

Kmarti16utk@gmail.com

865.898.4965