IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

_____

| Kelly Brooke Martin, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action |
| | ) | Case No. 3:24-cv-00075-KAC-JEM |
| University of Tennessee, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## DEFENDANT'S PRETRIAL DISCLOSURES
_____

In accordance with the provisions of Rule 26(a)(3) and the Court's Scheduling Order, ECF Doc. 17, ¶ 5.f., Defendant files and serves its Pretrial Disclosures.

Witnesses the Defendant Expects to Present: All are employees of the University of Tennessee.

1. Dr. Lori Messinger

2. Dr. Jovanda Williams Moss

3. Dr. Robert Mindrup

4. Katrice Jones Morgan

5. Jill Malolepszy

6. Michelle Buck

7. Rachel Watson Dey

8. Julie Roe

9. Jon Chandler

Witness the Defendant May Call if the Need Arises:

1. Tony Murchison

2. Amanda Gandy

3. Dr. Patricia Bamwine

4. Tiffany Harmon

5. Ashley Hiatt

6. Dr. Andrea Joseph McCatty

7. Tiffany Harmon

Deposition Designations the Defendant Intends to Introduce:

1. The video deposition testimony of Dr. Camille Hall.

    Page 3, line 9 through page 3, line 18

    Page 4, line 7 through page 26, line 19

    Page 33, line 14 through page 35, line 12

Exhibits the Defendant May Offer: Attached Hereto and Numbered Defendant's Exhibit No. 1 through No. 39.

1. Defendant Expects to Offer the Following Exhibits:

    1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 14, 16, 17, 18, 19, 20, 21, 23, 24, 27, 29, 31, 32, 35, 36. 37, 38, and 39.

2. Defendant May Offer the Following Exhibits if the Need Arises:

    9, 11, 13, 15, 22, 25, 26, 28, 30, 33, and 34.

2

| No. | Description | Bates Nos. |
|---|---|---|
| 1 | HRO280 – Sexual Harassment & Other Discriminatory Harassment | Defendant's Exhibit No. 1 |
| 2 | HR0220 – Equal Employment Opportunity | Defendant's Exhibit No. 2 |
| 3 | January 10, 2022 Letter from Messinger to Martin regarding concerns raised about group faculty members and administrators organizing against Messinger | Defendant's Exhibit No. 3 |
| 4 | January 18, 2022 Letter from Messinger to Martin regarding November 10, 2021 letter regarding concerns about faculty and administrators and interactions, being manipulated; January 18, 2022 Email from Messinger to Martin regarding letter on personnel matter – working with Dr. Hall | Defendant's Exhibit No. 4 |
| 5 | February 18, 2022 Email from Martin to Robert Mindrup, copying Javonda Williams regarding Student Concerns | Defendant's Exhibit No. 5 |
| 6 | August 30, 2022 Email from Williams to Messinger regarding Martin's request for faculty accommodation for 22-23 academic year | Defendant's Exhibit No. 6 |
| 7 | August 25, 2022 Email from Williams to Martin regarding SW 316 course. No record OED accommodation to conduct course online | Defendant's Exhibit No. 7 |
| 8 | September 1, 2022 Email from Martin to Williams, copying Mindrup regarding faculty accommodation request approved, able return to campus for accessible in-person teaching | Defendant's Exhibit No. 8 |
| 9 | January 12, 2023 Martin – Psychiatric Diagnostic Evaluation **(Redacted)** | Defendant's Exhibit No. 9 |
| 10 | February 7, 2024 Memo from John Zomchick to Martin and Messinger, copying Michelle Buck and Rachel Dey regarding OIR Report on complaint of alleged discrimination based on disability – Investigation Report dated January 11, 2024 Conclusions regarding alleged discrimination based on disability | Defendant's Exhibit No. 10 |
| 11 | August 6, 2021 Memo from Messinger to Martin, copying Ashley Howdeshell regarding Director of International Education | Defendant's Exhibit No. 11 |
| 12 | [No date] Williams to Martin regarding OED accommodation request for Fall 2023 semester | Defendant's Exhibit No. 12 |
| 13 | March 14, 2022 Email from Williams to Martin and Messinger regarding Questions regarding administrative leave | Defendant's Exhibit No. 13 |
| 14 | March 7, 2022 Email from Williams to Martin copying Mindrup regarding Transition Request | Defendant's Exhibit No. 14 |

| No. | Description | Bates Nos. |
|---|---|---|
| 15 | June 2, 2022 Email from Williams to Martin, copying Tiffany Harmon and Howdeshell regarding Return to duties – Martin - Final | Defendant's Exhibit No. 15 |
| 16 | May 31, 2022 Letter from Williams-Moss to Martin regarding return to duties as an Assistant Professor of Practice and Director of International Education as of June 1, 2022 - responsibilities for Summer 2022 semester | Defendant's Exhibit No. 16 |
| 17 | August 30, 2022 Email from Katrice Jones Morgan to Martin copying Jill Malolepszy regarding Instructional Modality for your Fall 2022 classes – teach remotely | Defendant's Exhibit No. 17 |
| 18 | August 26, 2022 Email from Jennifer Hardy to Malolepszy regarding request for update regarding able to move Martin closer proximity to one another and/or their office in Henson Hall | Defendant's Exhibit No. 18 |
| 19 | June 9, 2022 Email from Martin to Malolepszy, copying Hardy regarding request an ADA accommodation based on mobility for upcoming Fall semester | Defendant's Exhibit No. 19 |
| 20 | January 20, 2022 to Malolepszy regarding progress so far – Martin in Henson Hall, won't have to make walk to Austin Peay anymore | Defendant's Exhibit No. 20 |
| 21 | January 19, 2022 Email from Martin to Malolepszy regarding accessibility | Defendant's Exhibit No. 21 |
| 22 | August 4, 2021 Martin's signed form for Request of Reasonable Accommodations | Defendant's Exhibit No. 22 |
| 23 | March 14, 2022, Memo from Messinger to Martin, copying Diane Kelly, Mary Lucal, John Zomchick regarding Notification of Placement on Administrative Leave | Defendant's Exhibit No. 23 |
| 24 | September 26, 2022 Letter from Messinger to Martin regarding faculty appointment terminated without cause effective October 7, 2022 | Defendant's Exhibit No. 24 |
| 25 | January 5, 2023, handwritten notes Martin w/RWD | Defendant's Exhibit No. 25 |
| 26 | 2023 (continued) Meeting with Martin – handwritten notes | Defendant's Exhibit No. 26 |
| 27 | November 30, 2022 Martin (First Interview) at OED office. Rachel Dey and Katrice Jones Morgan present. Discrimination and harassment based on disability. Messinger (Social Work) | Defendant's Exhibit No. 27 |
| 28 | November 30, 2022 Martin Interview w/RWD regarding recording of the mtg | Defendant's Exhibit No. 28 |
| 29 | March 14, 2022 Memo from Messinger to Martin, copying Kelly, Lucal, Zomchick regarding Notification of Placement on Administrative Leave – concerned about | Defendant's Exhibit No. 29 |

4

| No. | Description | Bates Nos. |
|---|---|---|
|  | performance as an assistant professor of practice and director of international education |  |
| 30 | March 20, 2019 Letter from David Manderscheid to Martin regarding authorized appointment as Assistant Professor of Practice without tenure 2019 to 2020, salary | Defendant's Exhibit No. 30 |
| 31 | May 31, 2022 Letter from Williams-Moss to Martin regarding confirmation of return to duties as Assistant Professor of Practice and Director of International Education as of June 1, 2022. Fall 2022 semester return to teaching | Defendant's Exhibit No. 31 |
| 32 | September 26, 2022 Letter from Messinger to Martin regarding faculty appointment terminated without cause effective October 7, 2022; including text; January 18, 2022 Letter from Messinger to Martin regarding Martin's raised concerns about faculty members and administrators; September 5, 2022 Letter from Messinger to Martin regarding University Policy HR0355 placed on administrative leave with pay effective today; March and February 2022 meeting notes; timeline; and, January 11, 2022 Letter from Jon Chandler to Messinger regarding HR completing investigation Martin's concerns related to Dr. Camille Hall | Defendant's Exhibit No. 32 |
| 33 | List of Employees and Reason for Termination | Defendant's Exhibit No. 33 |
| 34 | August 3, 2022 Martin's signed form Request for Reasonable Accommodations | Defendant's Exhibit No. 34 |
| 35 | December 10, 2024 Letter from Kenneth Teague, HR YMCA to Pinkley attaching Martin's employment records **(Redacted)** | Defendant's Exhibit No. 35 |
| 36 | Chart of salaries of comparative employees - Messinger | Defendant's Exhibit No. 36 |
| 37 | October 7, 2021 Email from Martin to Tony Murchison, copying Melissa Richter and Angela Thomas regarding FB Live – okay from Messinger FB Live event on dwarfism | Defendant's Exhibit No. 37 |
| 38 | October 12, 2021 Email from Martin to Murchison and Patricia Bamwine, copying Richter and Thomas regarding FB Live – don't want to associate difference with negativity – suggests "Everything you want to know about dwarfism but was afraid to ask" or "What's it like to be a little person" | Defendant's Exhibit No. 38 |

| No. | Description | Bates Nos. |
|---|---|---|
| 39 | October 27, 2021 Email from Martin to Murchison and Thomas, copying Amiee Sadler regarding FB Live Event to be moderated by Sadler | Defendant's Exhibit No. 39 |
|  |  |  |

Respectfully submitted this 10th day of April, 2025.

/s/ T. Harold Pinkley
T. Harold Pinkley (BPR # 009830)
Associate General Counsel
The University of Tennessee
Office of the General Counsel
505 Summer Place – UT Tower #1109
Knoxville, TN  37902
(865) 974-3416
harold.pinkley@tennessee.edu

*Attorney for Defendant, University of Tennessee*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to any counsel of record and by mailing a copy via U.S.P.S. and electronic mail to the following:

> Dr. Kelly Brooke Martin
> 803 W. 1st Avenue
> Lenoir City TN 37771
> (865) 898-4965
> kmarti16utk@gmail.com

Respectfully submitted this 10th day of April, 2025.

/s/ T. Harold Pinkley
T. Harold Pinkley (BPR # 009830)