UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DR. KELLY BROOKE MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) 3:24-CV-75-KAC-JEM |
| UNIVERSITY OF TENNESSEE, | ) |
| Defendant. | ) |

## JUDGMENT

In the Memorandum Opinion and Order, the Court **GRANTED** Defendant University of Tennessee's "Motion for Partial Summary Judgment" [Doc. 41]. Because no claims remain in this action, the Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT